UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON | Case: 5:20-cv-08115-LHK |
| Plaintiff, | **ORDER** |
| v. | |
| BARRITA CORPORATION, a California Corporation; NICK THE GREEK ALMADEN LLC, a California Limited Liability Company | |
| Defendants. | |

**ORDER**

Defendant Barrita Corporation, a California Corporation is hereby ordered dismissed with prejudice.

Dated: June 14, 2021

*Lucy H. Koh*

HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE