**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NICK THE GREEK ALMADEN LLC,<br><br>　　　　　Defendant. | Case No. 20-cv-08115-BLF<br><br>**DEFAULT JUDGMENT** |

Plaintiff Scott Johnson's motion for default judgment having been granted by order issued contemporaneously with this judgment,

It is hereby ordered and adjudged that judgment be entered in favor of Plaintiff Scott Johnson and against Defendant Nick the Greek Almaden LLC in the total amount of $6,047.50, which includes attorneys' fees and costs.

Additionally, it is hereby ordered and adjudged that Defendant Nick the Greek Almaden LLC shall bring the dining surfaces at its restaurant at 5019 Almaden Expressway, San Jose, California in compliance with the 2010 Americans with Disabilities Act Accessibility Guidelines no later than six months after service of this injunction.

Dated: March 8, 2022

_____
BETH LABSON FREEMAN
United States District Judge